## Case No. 10,875.

### PEARL v. COVENTRY CO.

[Cited in Pearl v. Appleton Co., 3 Fed. 153. Nowhere reported; opinion orally delivered, and not recorded.]

---

PEARL (ELLICOTT v.). See Case No. 4,386.

PEARL, The (McKEE v.). See Case No. 8,849.